**RECEIVED**

MAY - 6 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**Complaint for a Civil Case**

# 4:25CV644 RWS

Case No.
*(to be assigned by Clerk of
District Court)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Carmen Austell
Plaintiff / Petitioner
Petitioner

**v.**

Plaintiff requests trial by jury:

☐ Yes   ☒ No

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* See Attached *

1. The City of Maryland Heights, Mo. The Agency

2. Police Chief Bill Carson

3. The City of Maryland Heights Law Enforcement Agency

**CIVIL COMPLAINT**

NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Carmen Austell*

Street Address *2430 Suite L. McKelvey Road*

City and County *Bridgeton, Saint Louis County*

State and Zip Code *Missouri 63044*

Telephone Number *(314) 308-5262*

E-mail Address *Carmenaustell@gmail.com*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name *The City of Maryland Heights*

Job or Title *The Agency*

Street Address *11411 Dorsett Road*

City and County *Maryland Heights Saint Louis County*

State and Zip Code *Missouri 63043*

Telephone Number *(314) 291-7457*

E-mail Address *mhlife@marylandheights.com*

*Please See attached for other Defendants*

✱ *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

*Plaintiff sueing all defendants in both individual and official capacities.*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)* 28 U.S.C. 1331 and 1343 42 U.S.C. 1983 violations, deprivations, and damages U.S.A Constitution Violations Amendments IV, V, XIV, Missouri Constitution

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Article 1 Constitution that are at issue in this case. *sections 28, 10, 14, 15, 18*

1. 28 U.S.C 1331 and 1343 *and for Tort d damages.*
2. 42 U.S.C. 1983 violations & damages
3. U.S.A. Constitution Violations IV, V, XIV,
4. Missouri Constitution and State law violations under Article 1
5. Bill of Rights Sections 2, 10, 14, 15, 18
5. Torts - Federal Torts Violations & State Torts - RSMo Title XXXVI
   — Statutory Actions and Torts

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

The City of Maryland Heights Mo. Govt. Agency The City of Maryland Heights Mo. Law enforcement agency, The City of Maryland Heights Police Chief Bill Carson, See Attached for other Federal officials

*Police Misconduct RSMo Section 575.320 excessive force, Abuse of power, Cruel and Unusual Punishment U.S.A. Constitution 8th Amendment VIII RSMo. Sec. 575.80 False Reports, False claim, malicious Prosecution, Fraud & Fraud Upon the Court Supreme Ct Rule 60*

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

   The plaintiff, *(name)* _____, is a citizen of the _____ State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy  *100 Million U.S. Dollars in one lump sum, and to be transferred to Plaintiff's children, grandchildren Beneficiaries in Case of plaintiff*
The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and *Debility* costs of court, because (explain): *Plaintiff Petitioner Carmen Austell Debility or Death pro se Suffered 42 U.S.C. Violations, and Damages*
*1. Plaintiff Suffered U.S.A. and MO. Constitutional Violations IV, V, XIV, VIII Resulting in ongoing severe injuries, harm, hurt homelessness loss of liberties, happiness, property, opportunities, her brand, honor, integrity, credit worthiness, reputation, trauma, emotional, physical psychological stress, duress, distress, pain and suffering...*
*3. Torts abuse, negligence, Breach, Damages, Causation, Actual Direct Damages injuries incl. a Brain concussion, Compensatory Damages,*

### III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? I was illegally and unconstitutionally Evicted And violated of my Rights to Due Process,

2. When did it happen? Iv. V, VII, VIII, XIV, 42 U.S.C. violations,

3. Where did it happen? 'Damages, Torts, Buffed Malicious Prosecution Excessive Force, falsely Arrested,

4. What injuries did you suffer? I suffered Torts, Incl. A Brain Concussion,

5. What did each defendant personally do, or fail to do, to harm you?

On or about February 14, 2023 plaintiff Carmen Austell pro se was a legal tenant/resident paid at all times in advance to rent an apartment on a month to month lease from December 2022 - March 31st, 2023 with the option to renew on March 31 2023. When the Landlord/Manager Ashley Arnold Sonesta called the City of Maryland Heights, Mo. and their Law Enforcement Agency or Police Department to assist her in her illegal Landlord self-help - (Retaliatory) Eviction and Due Process violations of plaintiff Carmen Austell, pro se for calling Headquarters Sonesta to grieve. and Complain about Unsanitary conditions including but not limited to infestation of bugs (cock roaches), mice, rodents, roaches (lease contract guarantees) clean bedding, linen, pillows, sheets, towels + basic necessities included in rents - soap, toilet tissue, shampoo, etc. Plaintiff Carmen Austell, grieved and complained about Contract Breach, Landlord Manager + her staff misconduct, threads of violence + physical harm against this model, legal, paid-in-full Tenant Carmen Austell

(Please see Attached for further Details of "what Happened"

### IV.    Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments. WHEREFORE, Plaintiff/Petioner Carmen Austell, prays for Relief: 1. A Judgement for Compensatory 100 million U.S.A dollars and Punitive Damages For Defendants Joined 2. U.S.C. 42, 1983 Violations and Damages; 3. U.S.A + U.S.A. State of Missouri Constitution Violations + Damages; 4. Torts Damages, Negligence, Misconduct, Breach, Causation of Injuries (see Attached)

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

*d Actual. 50,000 or >*

RSMO. Section 510.261 - Punitive damages = 500,000 or Greater.
1. Plaintiff Carmen Austell can prove by a Preponderance of clear and convincing evidence that Defendants THE City of Maryland Heights and Ashley Arnold of Senesta intentionally harmed hurt committed severe egregious gross Flagrant Torts Misconduct, negligence, Excessive Force, Malicious Prosecution, Persecution Causing damages and severe injuries incl. a Brain Concussion to Plaintiff, ADA violations, and U.S.A. & Missouri Constitution violations, 22...

V.    **Certification and Closing** IV. V. XIV. - MO. Article I sections 2, 8, 10, 14, 15, 18, 22... Causing ongoing damages, losses, trauma, pain & suffering, PTSD)

*Reed for ongoing Medical & Psychological Mental Health Care,*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Defendants Actions Were N/o probable Cause,*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Yes. Carmen Austell

*Warrantless, Unconstitutional Ongoing...*

*legal Court warrant, malicious Reckless Persecution & damages Hospital Records Will show & video evidence, etc -*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __May__, 20 __23__.

Signature of Plaintiff(s) ___Carmen Austell___ pro se'